USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2020

# AKIN LAW GROUP PLLC
### SUITE 1420
### 45 BROADWAY
### NEW YORK, NEW YORK 10006
Tel. (212)-825-1400   Fax. (212)-825-1440

**Zafer A. Akin**  
**Robert Salaman**

Leopold Raic  
Justin Ames  
Olena Tatura

---

*Via ECF*

September 10, 2020

The Honorable Hon. Stewart D. Aaron  
United States Magistrate Judge  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

          Re:    *Dogan v. Divan Inc. et al*  
                Case No: 20-CV-04526 (LTS) (SDA)

Dear Judge Aaron:

We represent the Defendants with regard to above referenced matter.

This letter motion is submitted upon mutual consent of the parties, seeking an adjournment of the Initial Pretrial Conference currently scheduled for September 17, 2020 and the Proposed Case Management Plan which is to be submitted by today (one week prior to the Initial Conference date).

We respectfully request that the Conference be adjourned to either October 19, 20 or 21st (2020) with the Proposed Case Management Plant to be submitted one week prior to said date (should it still be necessary).

An adjournment, which would prevent an unnecessary burden on the Court, would be in the parties best interest (preserving additional costs and expense).

This is our first request seeking an adjournment of the Initial Pretrial Conference.

Respectfully Submitted,

AKIN LAW GROUP PLLC

*/s/ Zafer A. Akin*

_____

The Initial Pretrial Conference is hereby ADJOURNED to 10/20/2020 at 2 p.m. EST. SO ORDERED.  
Dated: 9/10/2020

*Stewart D. Aaron*